UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN HENNESSEY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ICE FLOE, LLC dba NICHOLS BROTHERS BOAT BUILDERS, a Washington Limited Liability Corporation; <br><br> Defendants. | NO. 2:20-cv-00835 RSL <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

Plaintiff Jonathan Hennessey, by and through his counsel Nolan Lim and Patricia Rose, and Defendant, Ice Floe, LLC, dba Nichols Brothers Boat Builders, by and through their counsel Seth Berntsen and Hathaway Burden, hereby stipulate pursuant to FRCP 41(a)(1)(A)(ii) that this matter has been resolved and hereby request that the attached voluntary Order for Dismissal be entered, without further notice, dismissing Plaintiff's claims with prejudice, and without fees or costs to either of the parties.

STIPULATED DISMISSAL - 1

**NOLAN LIM LAW FIRM, PS**
1111 Third Ave. Suite 1850
Seattle, WA 98101
Telephone: 206-774-8874
Facsimile: 206-430-6222

Dated: February 8, 2021.

SUMMIT LAW GROUP, PLLC

By:   */s/ Seth Berntsen*
Seth Berntsen, WSBA No. 30379
Hathaway Burden, WSBA No. 52970
Summit Law Group, PLLC
315 5th Ave. S, Unit 1000
Seattle, Washington 98104
Tel.:   206.676-7000
Fax:   206.676-7001
Email: sethb@summitlaw.com
Email: hathawayb@summitlaw.com

Attorneys for Defendants
ICEFLOE, LLC dba NICHOLS BROS BOAT BUILDERS

NOLAN LIM LAW FIRM, PS

BY: /S/Nolan Lim

Nolan Lim, WSBA #36830
Nolan Lim Law Firm, PS
1111 Third Ave. Suite 1850
Seattle, WA 98101

BY: /S/ Patricia Rose

Patricia Rose, WSBA # 19046
PO Box 31892
Seattle, WA 98103

Attorneys for Plaintiff

STIPULATED DISMISSAL - 2

**NOLAN LIM LAW FIRM, PS**
1111 Third Ave. Suite 1850
Seattle, WA 98101
Telephone:  206-774-8874
Facsimile:  206-430-6222

**ORDER**

THIS MATTER having come regularly before the Court upon the written stipulation of the parties,

IT IS ORDERED, ADJUDGED, AND DECREED that all of the parties' claims in the above-entitled action are hereby dismissed with prejudice, and without costs or fees to either of the parties.

DATED this 10th day of February, 2021.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

NOLAN LIM LAW FIRM, PS

By: /s/ Nolan Lim
  Nolan Lim, WSBA No. 36830
  *Attorney for Plaintiff*

STIPULATED DISMISSAL - 3

**NOLAN LIM LAW FIRM, PS**
1111 Third Ave. Suite 1850
Seattle, WA  98101
Telephone:  206-774-8874
Facsimile:   206-430-6222